United States District Court for the Eastern District of Virginia

Blue River Information Technology LLC,

    Plaintiff(s),

vs.

Komia LLC d/b/a Komia Management Consulting,

    Plaintiff(s).

Case No.: 1:12cv549

AFFIDAVIT OF SERVICE

FILED MAILROOM JUL 11 2012 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

On **6/23/12** at **7:11** AM / ~~PM~~, I served the within **Summons in a Civil Action; Notice; Complaint; Exhibits;** on Komia LLC d/b/a Komia Management Consulting, Defendant(s).

Said service was effected at **2805 Thomas Ave., Dallas, TX, 75204** in the following manner:

☐ **Registered Agent:** By leaving a copy of the Summons in a Civil Action; Notice; Complaint; Exhibits; with

_____, the registered agent of Komia LLC d/b/a Komia Management Consulting.

☐ **Officer/Agent:** By leaving a copy of the Summons in a Civil Action; Notice; Complaint; Exhibits; with:

_____, _____, who is an officer or agent of Komia LLC d/b/a Komia Management Consulting.

☒ **Other:** By leaving a copy of the Summons in a Civil Action; Notice; Complaint; Exhibits; with:

Addl Comments: **a member of the Cail family & resident at 2805 Thomas Ave., Dallas, TX 75204**

Description of person process was left with: **The woman & resident would not provide her name & refused service.**

Sex: **F**   Race: **AA**   Approx. Age: **40s**  Height: **5'5**  Weight: **120 lbs.**

x **Kristin Cail**
**Kristin Lee**
(Print Name)
Same Day Process Service, Inc.
1219 11th St., NW
Washington, DC 20001
(202)-398-4200

SCH#4473

Signed and sworn to before me on this **21** day of **June**, 20**12**.

_____
Notary Public

MICAH SETH FINDLEY
My Commission Expires
January 10, 2015

*58841* 58898